# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAVE McCLOUD,<br><br>            Plaintiff,<br><br>       vs.<br><br>SANCHEZ, et al.,<br><br>            Defendants. | 1:11cv01679 DLB PC<br><br>ORDER TO SHOW CAUSE<br>WHY ACTION SHOULD<br>NOT BE DISMISSED<br><br>**THIRTY-DAY DEADLINE** |

   Plaintiff Cleave McCloud ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 5, 2011. He names Correctional Officers Sanchez and B. R. Jackson as Defendants.[1]

   On January 11, 2013, the Court dismissed the complaint with leave to amend and ordered Plaintiff to file an amended complaint within thirty (30) days. Thirty days have passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

   Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow the Court's January 11, 2013, order. Plaintiff must file a response

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on October 27, 2011.

to this order within thirty (30) days of the date of service of this order.  Plaintiff may also comply with this order by filing an amended complaint pursuant to the Court's January 11, 2013, order.

<u>Failure to follow this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **March 8, 2013**                              /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE

2